**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 26, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00042-CV

---

### HAVEN AT MEDICAL CENTER, LP, Appellant

### V.

### ASSET DEVELOPMENT AND MANAGEMENT GROUP LLC, Appellee

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-83419**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed December 18, 2018. On March 19, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Bourliot.